# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LEMETRIUS LAMAR MALONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 03-00079-CG |
| vs. ) | CIVIL ACTION NO. 12-0562-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

The court finds that the Petitioner's petition under 28 U.S.C. § 2255 was filed prematurely; therefore, the petition filed on August 31, 2012 (Doc. 111) is hereby **DISMISSED** without prejudice to Petitioner's right to file a new habeas petition after the disposition of the direct appeal. A certificate of appealability is hereby **DENIED**.

**DONE and ORDERED** this 4th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE